## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CHRISTOPHER PICKLO,**

    **Plaintiff,**

v.                                                   **Case No. 8:20-cv-2727-T-35AAS**

**WAYFAIR, LLC and**
**OFFICE STAR PRODUCTS,**

    **Defendants,**
_____/

## ORDER

Christopher Picklo moves the court to determine equitable distribution of a workers' compensation lien. (Doc. 14). The motion fails to comply with the Local Rules, Middle District of Florida.[1]

Rule 3.01(a) provides: "In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, . . . ." Local Rule 3.01(a), M.D. Fla. (emphasis added). Mr. Picklo's motion does not include the requisite information.

---

[1] On February 1, 2021, revisions to the Middle District of Florida's Local Rules will take effect. *See* Local Rules, https://www.flmd.uscourts.gov/local-rules (last visited January 27, 2021).

1

Mr. Picklo's motion also fails to comply with the requirement of Local Rule 3.01(g). Counsel for a moving party must confer with opposing counsel before filing most civil motions. Local Rule 3.01(g), M.D. Fla. Mr. Picklo's motion fails to inform the court of whether substantive discussions were had between the parties and whether the motion is opposed or unopposed.

Accordingly, Mr. Picklo's Motion for Equitable Distribution (Doc. 14) is **DENIED without prejudice** for failure to comply with the Local Rules.

**ORDERED** in Tampa, Florida, on January 27, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge